# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DIALLO BUTLER**                                                                                          **PLAINTIFF**

v.                                 **Case No. 4:16-cv-405-KGB**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction,** *et al*.                                         **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order entered today, plaintiff Diallo Butler's complaint is dismissed without prejudice. The relief sought is denied.

So adjudged this the 1st day of December, 2016.

_____
Kristine G. Baker
United States District Judge